```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

GEORGE AYDELOTTE                                           PETITIONER

    V.                       Civil No. 08-6113

LARRY NORRIS, Director,
Arkansas Department of
Corrections and JIM HOOD,
Attorney General, State
of Mississippi                                             RESPONDENTS

## O R D E R

On this 31st day of July 2009, there comes on for consideration the report and recommendation filed in this case on June 26, 2009, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 18). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Respondents' Motion to Dismiss (Doc. 17) is GRANTED, and Petitioner's 28 U.S.C. § 2254 petition is hereby DISMISSED WITHOUT PREJUDICE. Petitioner is advised that his petition should be re-filed in the United States District Court for the Northern District of Mississippi, Delta Division.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge